# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02721-BNB

BRUCE W. JONES,

    Plaintiff,

v.

BLAKE DAVIS, Individually and in His Official Capacity as Complex Warden, at the
    Federal Correctional Institution Florence,
JULIE WANDS, Individually and in Her Official Capacity as the Former Warden, at the
    Federal Correctional Institution Florence,
THOMAS R. KANE, Individually and in His Official Capacity as Acting Director of the
    Feder [sic] Bureau of Prisons,
NEWTON E. KENDIG, Individually and in His Official Capacity as the Medical Director
    of the Federal Bureau of Prisons,
MARK KELLAR, Individually and in His Official Capacity as the Health Service
    Administrator at F.C.I. - Florence,
LISA McDERMOTT, Individually and in Her Official Capacity as Assistant Health
    Services Administrator at F.C.I. - Florence,
PETER BLUDWORTH, Individually and in His Official Capacity as Associate Warden at
    F.C.I. - Florence,
MIKE GOODWIN, Individually and in His Official Capacity as Chief Pharmacist at
    F.C.I. - Florence,
DR. DAVID ALLRED, Individually and in His Official Capacity as Clinical Director of
    F.C.I. - Florence,
DR. GEORGE SANTINI, Individually and in His Official Capacity as Staff Physician at
    F.C.I. - Florence,
CARI RITTER, Individually and in Her Official Capacity as Mid-level Provider, and
FEDERAL BUREAU OF PRISONS, in Their Official Capacity as Employers of the
    Following Defendants and Controlling Costady [sic] of Plaintiff,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Early Discovery" (Doc. # 28) is DENIED as premature.

    Dated: February 6, 2012