IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02721-MSK-KMT

BRUCE W. JONES,

    Plaintiff,

v.

MARK KELLAR, Individually and in his official capacity as the Health Service Administrator at FCI-Florence;
LISA MCDERMOTT, Individually and in her official capacity as Assistant Health Services Adminstrator at FCI-Florence;
PETER BLUDWORTH, Individually and in his official capacity as Associate Warden at FCI-Florence;
MIKE GOODIN, Individually and in his official capacity as Chief Pharmacist at FCI-Florence;
DR. DAVID ALLRED, Individually and in his official capacity as Clinical Director of FCI-Florence;
DR. GEORGE SANTINI, Individually and in his official capacity as Staff Physician at FCI-Florence;
CARI RITTER, Individually and in her official capacity as Mid-Level Provder at FCI-Florence;
MRS. A. VINYARD, Individually and in her official capacity as Physician Assistant at FCI-Florence;
GILBERTA TRUJILLO, Individually and in her official capacity as Secretary of Medical at FCI-Florence;
MR. GRIFFIN, Individually and in his official capacity as Correctional Officer at FCI-Florence;
JOHN DOE, Individually and in his official capacity as Chief Health Programs at North Central Region, Leavenworth, Kansas; and
DR. JAMES PELTON, Individually and in his official capacity as Region Medical Director at North Central Region, Leavenworth, Kansas,

    Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and

depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 23rd day of February, 2012.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge