IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02721–MSK–KMT

BRUCE W. JONES,

    Plaintiff,

v.

MARK KELLAR, individually and in his official capacity as the health service Administrator at FCI-Florence,
LISA MCDERMOTT, individually and in her official Capacity as Assistant Health Services Administrator at FCI-Florence,
PETER BLUDWORTH, individually and in his official capacity as associate warden at FCI-Florence,
MIKE GOODIN, individually and in his official capacity as chief pharmacist at FCI-Florence,
DR. DAVID ALFRED, individually and in his official capacity as clinical director of FCI-Florence,
DR. GEORGE SANTINI, individually and in his official capacity as staff Physician at FCI-Florenece,
CARI RITTER, individually and in her official capacity as mid-level Provider, at FCI-Florence,
MRS. A. VINYARD, individually and in her official capacity as Physician assistant at FCI-Florence,
GILBERTA TRUJILLO, individually and in her official capacity as secretary of medical at FCI Florence,
BARBRA BATULIS, individually and in her official capacity as Pueblo Alpha unit Counsel at FCI Florence,
MR. GRIFFIN, individually and in his official capacity as Correctional Officer at FCI-Florence,
JOHN DOE, individually and in his official capacity as Chief Health Programs at North Central Region, Leavenworth, Kansas, and
DR. JAMES PELTON, individually and in his official capacity as Region Medical Director at North Central Region, Leavenworth, Kansas,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendants' "Motion for Leave to File Corrected Response to Motion for Injunction" (Doc. No. 108, filed November 1, 2012) and "Motion for Leave to File Corrected Response to Motion to Amend" (Doc. No. 109, filed November 1, 2012) are **GRANTED**.  The Clerk of Court is directed to file Defendants' "Amended Response to Plaintiff's Motion for Injunction" (Doc. No. 108-2) and the accompanying attachments (Doc. Nos. 108-3, 108-4), as well as Defendants' "Amended Response to Plaintiff's Motion to Amend" (Doc. No. 109-2) and the accompanying attachment (Doc. No. 109-3).

Dated: November 2, 2012