IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02721–MSK–KMT

BRUCE W. JONES,

    Plaintiff,

v.

MARK KELLAR, individually and in his official capacity as the health service Administrator at FCI-Florence,
LISA MCDERMOTT, individually and in her official Capacity as Assistant Health Services Administrator at FCI-Florence,
PETER BLUDWORTH, individually and in his official capacity as associate warden at FCI-Florence,
DR. DAVID ALLRED, individually and in his official capacity as clinical director of FCI-Florence,
DR. GEORGE SANTINI, individually and in his official capacity as staff Physician at FCI-Florenece,
MRS. A. VINYARD, individually and in her official capacity as Physician assistant at FCI-Florence,
GILBERTA TRUJILLO, individually and in her official capacity as secretary of medical at FCI Florence,
MR. GRIFFIN, individually and in his official capacity as Correctional Officer at FCI-Florence,
JOHN DOE, individually and in his official capacity as Chief Health Programs at North Central Region, Leavenworth, Kansas, and
DR. JAMES PELTON, individually and in his official capacity as Region Medical Director at North Central Region, Leavenworth, Kansas,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for an Order Compelling Discovery" (Doc. No. 150, filed April 4, 2013) is **DENIED**. It appears Plaintiff requested documents from the defendants while this case was stayed. Plaintiff states he received a disc containing documents, but it is unclear if he received

the disc in response to his discovery requests at the time he made the request or whether he recently received the disc. Regardless, Plaintiff did not comply with Fed. R. Civ. P. 37(a)(1) or D.C.COLO.LCivR 37.1. Plaintiff shall make a good faith effort, pursuant to Fed. R. Civ. P. 37(a)(1), to confer with Defendants' counsel, either by telephone or by mail, to resolve this issue. To the extent Defendants have responded to Plaintiff's previous requests for production of documents and provided only a disc, Plaintiff, though his conferral efforts, shall request copies of the documents at Defendants' expense. To the extent Defendants' counsel refuses to cooperate with such a request, Plaintiff may file a renewed motion to compel, in which he fully complies with D.C.COLO.LCivR 37.1.

Dated: April 8, 2013