# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | | | |
|---|---|---|---|
| Civil Action No: | 11-cv-02721-RM-KMT | Date: | July 26, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

BRUCE W. JONES,                                             Pro se (by phone)

    Plaintiff,

v.

MARK KELLAR,                                                J. Benedict Garcia
LISA MCDERMOTT,
PETER BLUDWORTH,
DR. DAVID ALLRED,
DR. GEORGE SANTINI,
MRS. A. VINYARD,
GILBERTA TRUJILLO,
J. GRIFFITH,
JOHN DOE, and
DR. JAMES PELTON,

    Defendants.

## COURTROOM MINUTES

**Motion Hearing**

**10:06 a.m.**     **Court in session.**

Court calls case. Appearance of counsel.

Also present, Kaitlyn Turner on behalf of the Bureau of Prisons.

Court clarifies its order pertaining to discovery. Discovery should have been per party, not per side.

**ORDERED**:  Plaintiff's Motion for an Order Compelling Discovery [176] is GRANTED IN PART AND DENIED IN PART. The motion is granted as to requests for interrogatories pertaining to defendants Allred, Santini, and Bludworth. Defendants are directed to respond to all of the Plaintiff's newly submitted discovery requests, without regard to interrogatories asked of Lisa

>  **McDermott on or before August 16, 2013.  The motion is denied as to the request for reimbursement of fees.**

Discussion regarding extension of time due to lock down, summary judgment motions, request for admissions, and plaintiff's ability to contact Mr. Garcia by phone.

Mr. Jones informs the Court that he might be medically incapacitated for a period of time for additional surgery.

**ORDERED:  Plaintiff's Motion to Extend Discovery Due to Extenuating Circumstances [188] is GRANTED IN PART.  The discovery cutoff will remain as is, with the exception that it is extended for the defendants to comply with the Court's order pertaining to the remaining discovery requested by Mr. Jones.  Defendants will mail their responses on or before August 16, 2013.  The dispositive motions deadline is VACATED.  The Court will set another dispositive motions deadline, if required, following the ruling on the outstanding summary judgment motions.  Each side is directed to file a status report within 10 days after ruling on the substantive summary judgment motions, as stated on record.  If any additional discovery is needed, the Court will set a Status/Scheduling Conference at that time.**

Court advises Mr. Jones to file a notice when he will be out for surgery.

**10:42 a.m.    Court in recess.**

Hearing concluded.
Total in-court time    00:36

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.