**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-02721-RM-KMT

BRUCE W. JONES,

    Plaintiff,

v.

MARK KELLAR, Individually and in his official capacity as the Health Service Administrator at FCI-Florence;
LISA MCDERMOTT, Individually and in her official capacity as Assistant Health Services Administrator at FCI-Florence;
PETER BLUDWORTH, Individually and in his official capacity as Associate Warden at FCI-Florence;
MIKE GOODIN, Individually and in his official capacity as Chief Pharmacist at FCI-Florence;
DR. DAVID ALLRED, Individually and in his official capacity as Clinical Director of FCI-Florence;
DR. GEORGE SANTINI, Individually and in his official capacity as Staff Physician at FCI-Florence;
CARI RITTER, Individually and in her official capacity as Mid-Level Provider at FCI-Florence;
MRS. A. VINYARD, Individually and in her official capacity as Physician Assistant at FCI-Florence;
GILBERTA TRUJILLO, Individually and in her official capacity as Secretary of Medical at FCI-Florence;
MR. GRIFFIN, Individually and in his official capacity as Correctional Officer at FCI-Florence;
JOHN DOE, Individually and in his official capacity as Chief Health Programs at North Central Region, Leavenworth, Kansas; and
DR. JAMES PELTON, Individually and in his official capacity as Region Medical Director at North Central Region, Leavenworth, Kansas,

    Defendants.

---

**ORDER GRANTING
PLAINTIFF'S MOTION TO DISMISS DEFENDANT JAMES PELTON (ECF NO. 195)**

---

THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss Defendant Dr. James Pelton ("Motion") (ECF No. 195). Upon consideration of the Motion, Defendants'

response stating they have no objection to the Motion, and being otherwise fully advised, it is

ORDERED that Plaintiff's Motion is GRANTED and Plaintiff's claims against Defendant Dr. James Pelton are DISMISSED without prejudice; and it is

FURTHER ORDERED that Defendant Dr. James Pelton's name shall be removed from the caption in all future filings in this matter.

DATED this 22nd day of August, 2013.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge