IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 11-cv-02721-RM-KMT

BRUCE W. JONES,

    Plaintiff,

v.

J. GRIFFITH,[1] Individually and in his official capacity as Correctional Officer at FCI-Florence,

    Defendant.

---

**ORDER ON PLAINTIFF'S
"MOTION TO ALLOW APPEAL OF MAGISTRATES RULING OF DISMISSAL"
(ECF NO. 231)**

---

THIS MATTER is before the Court on "Plaintiff's Motion to Allow Appeal of Magistrates Ruling of Dismissal" ("Motion") (ECF No. 231), which this Court had construed as a request for leave to file an objection to a recommendation by the Magistrate Judge. The Court has reviewed the Motion, the Court's file, and the return to the Court of more than one piece of mail as undeliverable to Plaintiff. The Court has also considered Plaintiff's statement that he did not receive the Magistrate Judge's October 2, 2013 Recommendation (ECF No. 222), which Recommendation was not returned to the Court as undeliverable, that this Court adopted in part by Order dated November 15, 2013 (ECF No. 225). Upon consideration of the foregoing, and that Plaintiff appears *pro se*, and being otherwise fully advised in the premises, it is hereby

---

[1] Mr. Griffith was originally identified in Plaintiff's Amended Complaint as Mr. Griffin. (ECF Nos. 27 & 157.)

ORDERED that the Motion (ECF No. 231) is GRANTED IN PART.  Plaintiff is hereby granted **21 days** from the date of this Order within which to file any objections to the Magistrate Judge's Recommendation dated October 2, 2013 (ECF No. 222); and

FURTHER ORDERED that the Clerk shall mail copies of the following documents from the Court's files to Plaintiff at his address stated in his "Notification of Change of Address" (ECF No. 230):  ECF Nos. 220, 222, 223 and 225.

DATED this 6th day of December, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge